# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**915**

**CA 14-01285**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

IN THE MATTER OF THE ESTATE OF DAVID C. PETERS,
DECEASED.
-------------------------------------------------
COREEN N. THOMPSON, ADMINISTRATRIX CTA,
PETITIONER-RESPONDENT;

                                            MEMORANDUM AND ORDER

JOAN PETERS, OBJECTANT-APPELLANT.
(APPEAL NO. 1.)

COLUCCI & GALLAHER, P.C., BUFFALO (MOLLY M. KRAUZA OF COUNSEL), FOR
OBJECTANT-APPELLANT.

LAW OFFICES OF JOHN P. BARTOLOMEI & ASSOCIATES, NIAGARA FALLS, D.J. &
J.A. CIRANDO, ESQS., SYRACUSE (JOHN A. CIRANDO OF COUNSEL), FOR
PETITIONER-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Genesee County
(Robert C. Noonan, S.), entered May 5, 2014. The order, among other
things, determined that the Arrowhawk Smoke and Gas Shop business is
an asset of the estate of David C. Peters.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same memorandum as in *Matter of Peters* ([appeal No. 3] ___ AD3d
___ [Oct. 2, 2015]).

Entered: October 2, 2015                    Frances E. Cafarell
                                            Clerk of the Court